```
                    ✓ FILED          ___ RECEIVED
                    ___ ENTERED      ___ SERVED ON
                            COUNSEL/PARTIES OF RECORD

                         DEC 0 6 2022

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                  BY: _____ DEPUTY
```

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jean.Ripley@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> PREMISES KNOWN AS 2036 JADE HILLS COURT, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:22-mj-00751-VCF <br><br> **GOVERNMENT'S MOTION TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF: <br><br> A BLACK 2008 FORD F-150, BEARING VEHICLE IDENTIFICATION NUMBER (VIN) 1FTRF12258KE94317 AND NEVADA LICENSE PLATE NUMBER "390N16" | Case No. 2:22-mj-00752-VCF <br><br> **GOVERNMENT'S MOTION TO UNSEAL** |

The United States of America, by and through JASON M. FRIERSON, United States Attorney, and JEAN N. RIPLEY, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases.

///

///

1 | Specifically, the undersigned requests to unseal these items and all related documents in
2 | anticipation of producing the same as discovery to counsel for the defendants in United
3 | States v. Montes, 2:22-cr-JCM-NJK.

**DATED** this 6th day of December, 2022.

        Respectfully,

        JASON M. FRIERSON
        United States Attorney

        _/s/_____
        JEAN N. RIPLEY
        Assistant United States Attorney

|   |   |
|---|---|
| 1 | JASON M. FRIERSON |
|   | United States Attorney |
| 2 | Nevada Bar No. 7709 |
|   | JEAN N. RIPLEY |
| 3 | Assistant United States Attorney |
|   | 501 Las Vegas Boulevard South, Suite 1100 |
| 4 | Las Vegas, Nevada 89101 |
|   | Tel: (702) 388-6336 |
| 5 | Jean.Ripley@usdoj.gov |
|   | *Attorneys for the United States* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| IN THE MATTER OF THE SEARCH OF: | Case No. 2:22-mj-00751-VCF |
|---|---|
| PREMISES KNOWN AS 2036 JADE HILLS COURT, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | **ORDER** |
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:22-mj-00752-VCF |
| A BLACK 2008 FORD F-150, BEARING VEHICLE IDENTIFICATION NUMBER (VIN) 1FTRF12258KE94317 AND NEVADA LICENSE PLATE NUMBER "390N16" | **ORDER** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 7th day of December, 2022.

*(signature)*

HONORABLE JUDGE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3